UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. PORTER, | No. CV 13-5011-DMG (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 28, 2014

_____
DOLLY M. GEE
United States District Judge